# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

February 26, 2014

**By the Court:**

| | |
|---|---|
| ROBERT L. WINSTON, | ] Appeal from the United |
|     Plaintiff-Appellee, | ] States District Court for |
| | ] the Northern District of |
| No. 14-1371　　v. | ] Illinois, Eastern Division. |
| | ] |
| OFFICER O'BRIEN, et al., | ] No. 1:10-cv-08218 |
|     Defendants. | ] |
| | ] Elaine E. Bucklo, Judge. |
| APPEAL OF: | ] |
|     CITY OF CHICAGO | ] |

### O R D E R

A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

Although the district court decided to award plaintiff additional attorney's fees, nowhere in its order of January 29, 2014, has the district court determined the amount of fees to be awarded. As such, this appeal appears premature. See *McCarter v. Retirement Plan for Dist. Managers of American Family Ins. Group*, 540 F.3d 649 (7th Cir. 2008). Accordingly,

IT IS ORDERED that appellant shall file, on or before March 12, 2014, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

NOTE:　Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.